[No. 4387–0–II.  Division Two.  January 28, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. VIRGIL LEE GRIPPANDO, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 80–1–00499–7, Robert J. Bryan, J., entered

February 11, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.